MICHAEL EINBINDER (ME-3930)
LINDEN E. THOMAS (LT-9974)
EINBINDER & DUNN, LLP
*Lead counsel for defendant*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025-facsimile

ALLAN N. TAFFET, ESQ. (AT-5181)
JOSHUA C. KLEIN, ESQ. (JK-4558)
DUVAL & STACHENFELD, LLP
*Lead counsel for plaintiff*
300 EAST 42nd STREET
NEW YORK, NEW YORK 10017
(212) 883-1700
(212) 883-8883-facsimile

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC. | Case No.: 07 CIV 3746 |
| Plaintiff, | ECF CASE (LAP) (HP) |
| -against- | AGREED STIPULATION EXTENDING DEFENDANT'S TIME TO FILE AN ANSWER OR MOTION WITH RESPECT TO PLAINTIFF'S COMPLAINT |
| CAMERON FINANCIAL GROUP, INC., | |
| Defendant. | |

Plaintiff, DLJ MORTGAGE CAPITAL, INC., (hereinafter collectively referred to as the ("Plaintiff"), and Defendant, CAMERON FINANCIAL GROUP, INC. (hereinafter referred to as ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on or about May 11, 2007 Plaintiff filed its Complaint.

WHEREAS, Defendant was served with the complaint on or about May 22, 2007.

WHEREAS, Defendant's counsel has requested an extension of time to answer or move with respect to the complaint until June 29, 2007.

NOW THEREFORE, IT IS on this ____ day of June, 2007

ORDERED THAT,

Defendant's time to file and serve an answer or a motion regarding Plaintiff's complaint is hereby extended to June 29, 2007.

_____
MICHAEL EINBINDER (ME-3930)
EINBINDER & DUNN, LLP
*Counsel for Defendant*
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Telecopier: (212) 391-9025

_____
JOSHUA C. KLEIN (JK-4558)
DUVAL & STACHENFELD, LLP
*Counsel for Plaintiff*
300 East 42nd Street
New York, New York 10017
Telephone: (212) 883-1700
Telecopier: (212) 883-8883

June 6, 2007

SO ORDERED.

_____
THE HONORABLE LORETTA A. PRESKA
United States District Court Judge

2