**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DLJ MORTGAGE CAPITAL, INC.,

       Plaintiff,

    -against-

CAMERON FINANCIAL GROUP, INC.,

       Defendant.
-------------------------------------------------------X

Case No. 07 CIV 3746 (LAP)(HP)
Judge Preska

ECF CASE

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
      S.S.:
COUNTY OF SAN LUIS OBISPO  )

    VICKI BALLEW, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 22nd day of May, 2007, at approximately the time of 11:58 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon CAMERON FINANCIAL GROUP, INC. c/o Ogle & Merzon, Registered Agent at 770 Morro Bay Boulevard, Morro Bay, CA, by personally delivering and leaving the same with CHUCK OGLE, ESQ. who informed deponent that he holds the position of Registered Agent with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

CHUCK OGLE, ESQ. is a _white_ male, approximately _45_ years of age, stands approximately _5_ feet _10_ inches tall, weighs approximately _175_ pounds with _Brown_ hair.

*Vicki Ballew*
VICKI BALLEW

State of California, County of San Luis Obispo
Subscribed and Sworn to (or affirmed) before me on this _25th_ day of May, 2007 By
_Vicki Ballew_, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*Rhonda Lane Robinson*
NOTARY PUBLIC

RHONDA LANE ROBINSON
COMM. #1545620
NOTARY PUBLIC - CALIFORNIA
SAN LUIS OBISPO COUNTY
My Comm. Expires JAN. 18, 2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com