PRESKA, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DLJ MORTGAGE CAPITAL, INC.,

                Plaintiff,

-against-

CAMERON FINANCIAL GROUP, INC.,

                Defendant.
------------------------------------------------------------ x

STIPULATION
AND ORDER

07 Civ. 3746 (LAP) (HP)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction and Improper Venue or in the Alternative to Change Venue, currently returnable on July 30, 2007, is hereby adjourned until August 10, 2007. Plaintiff shall serve its opposition papers, if any, by July 20, 2007, and defendant shall serve its reply papers, if any, by August 3, 2007. No previous request for an extension has been made.

Dated: New York, New York
        July 12, 2007

Duval & Stachenfeld LLP
Attorneys for Plaintiff
DLJ Mortgage Capital, Inc.

By: _____
Allan N. Taffet, Esq. (AT-5181)
300 East 42nd Street, 3rd Floor
New York, New York 10017
Tel. No.: (212) 883-1700

Einbinder & Dunn, LLP
Attorneys for Defendant
Cameron Financial Group, Inc.

By: _____
Michael Einbinder, Esq. (ME-3930)
104 West 40th Street
New York, New York 10018
Tel. No.: (212) 391-9500

SO ORDERED
this 16th day of July, 2007

_____
Loretta A. Preska
UNITED STATES DISTRICT JUDGE