## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2007, I caused to be served via first class mail a true copy of Plaintiff DLJ Mortgage Capital, Inc.'s Memorandum of Law, the Affidavit of Bruce S. Kaiserman and the exhibits annexed thereto and the Declaration of Allan N. Taffet, Esq. and the exhibits annexed thereto in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction and Improper Venue or In the Alternative to Change Venue upon the following:

Michael Einbinder, Esq.
Einbinder & Dunn, LLP
104 West 40th Street
New York, New York 10018

_____
Jennifer A. Kelly