08/02/2007 16:52 FAX  2128838883            DUVAL&STACHENFELD                      ☒002/004

MICHAEL EINBINDER (ME-3930)
LINDEN E. THOMAS (LT-9974)
EINBINDER & DUNN, LLP
*Lead counsel for defendant*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025-facsimile

ALLAN N. TAFFET, ESQ. (AT-5181)
JOSHUA C. KLEIN, ESQ. (JK-4558)
DUVAL & STACHENFELD, LLP
*Lead counsel for plaintiff*
300 EAST 42nd STREET
NEW YORK, NEW YORK 10017
(212) 883-1700
(212) 883-8883-facsimile

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DLJ MORTGAGE CAPITAL, INC. | ) | Case No.: 07 CIV 3746 |
| | ) | |
| Plaintiff, | ) | ECF CASE (LAP) (HP) |
| | ) | |
| -against- | ) | AGREED STIPULATION EXTENDING DEFENDANT'S TIME TO FILE REPLY PAPERS REGARDING ITS MOTION TO DISMISS/CHANGE VENUE |
| CAMERON FINANCIAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, DLJ MORTGAGE CAPITAL, INC., (hereinafter collectively referred to as the ("plaintiff"), and defendant, CAMERON FINANCIAL GROUP, INC. (hereinafter referred to as ("defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on or about July 2, 2007 defendant filed its motion to dismiss plaintiff's complaint for lack of jurisdiction and improper venue or in the alternative to change venue.

WHEREAS, on or about July 20, 2007 plaintiff filed its opposition regarding defendant's motion to dismiss/change venue.

WHEREAS, defendant's reply papers regarding its motion to dismiss/change venue are currently due on August 3, 2007.

WHEREAS, defendant's counsel has consulted with plaintiff's counsel and requested an extension of time to file and serve defendant's reply papers with respect to its motion to dismiss/change venue to August 10, 2007; and

WHEREAS, plaintiff's counsel has consented to the proposed extension of defendant's time to file and serve reply papers with respect to its motion to dismiss/change venue to August 10, 2007.

NOW THEREFORE, IT IS on this ____ day of August, 2007

ORDERED THAT,

Defendant's time to file and serve reply papers regarding its motion to dismiss/change venue is hereby extended to August 10, 2007.

_____
LINDEN E. THOMAS (LT-9974)
EINBINDER & DUNN, LLP
*Counsel for Defendant*
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Telecopier: (212) 391-9025

_____
ALLEN NOEL TAFFET (AT-5181)
DUVAL & STACHENFELD, LLP
*Counsel for Plaintiff*
300 East 42nd Street
New York, New York 10017
Telephone: (212) 883-1700
Telecopier: (212) 883-8883

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 3, 2007