# DUVAL & STACHENFELD LLP

300 EAST 42ND STREET
THIRD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: 212-883-1700
FACSIMILE: 212-883-8883

**Joshua C. Klein**
DIRECT DIAL 212-692-5528
jklein@dsllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

December 6, 2007

**VIA FACSIMILE**

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:  **DLJ Mortgage Capital, Inc. v. Cameron Financial Group, Inc.**
     **07 Civ 3746 (LAP) (HP)**

Dear Judge Preska:

We represent plaintiff DLJ Mortgage Capital, Inc. ("DLJMC") in the above-referenced action and write in connection with Your Honor's Memorandum and Order dated December 4, 2007 (the "Order"), which denied defendant Cameron Financial Group, Inc.'s ("Cameron") motion to dismiss the complaint for lack of personal jurisdiction and improper venue or, in the alternative, to transfer this action to the United States District Court for the Central District of California and directed the parties to confer and inform the Court how they wish to proceed in this action.

In compliance with Your Honor's Order, the parties have conferred and respectfully request that: (1) DLJMC be permitted to file an Amended Complaint on or before December 14, 2007 that would include an additional loan that DLJMC alleges Cameron has failed to repurchase under the terms of the Purchase Agreements and that would remove a loan that was paid in full on October 31, 2007; (2) Cameron have until and including January 4, 2008 to file and serve its Answer to the Amended Complaint; and (3) an Initial Pretrial Conference be scheduled during the period January 2, 2008 through January 10, 2008, if that is convenient for the Court.

We thank Your Honor for your consideration of these requests.

*[Handwritten: In addition to 1, 2 and 3, the initial pretrial conference shall be on January 17, 2008 at 9:00 am in Courtroom 12A.]*

Respectfully,

Joshua C. Klein

SO ORDERED

*[Signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*[Handwritten: December 7, 2007]*

cc: Michael Einbinder, Esq. (via facsimile)