EINBINDER & DUNN, LLP
MICHAEL EINBINDER (ME-3930)
MATTHEW DAVID BROZIK (MB-6026)
*Counsel for Defendant*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC. | ) Case No.: 07 CIV 3746 (LAP) (HBP) |
| Plaintiff, | ) **RULE 7.1 STATEMENT** |
| -against- | ) |
| CAMERON FINANCIAL GROUP, INC., | ) |
| Defendant. | ) |

------------------------------------------------------

The defendant herein (a non-governmental party) has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        January 7, 2008

EINBINDER & DUNN, LLP

Matthew David Brozik (MB-6026)
Michael Einbinder (ME-3930)
*Counsel for Defendant*
*Cameron Financial Group, Inc.*
104 West 40th Street
New York, New York 10018
Telephone: (212) 391-9500
Facsimile: (212) 391-9025