**EINBINDER & DUNN, LLP**
ATTORNEYS AT LAW
104 WEST 40TH STREET
NEW YORK, NEW YORK 10018
(212) 391-9500

MICHAEL EINBINDER
TERRENCE M. DUNN*
JULIANNE COWAN LUSTHAUS■

MATTHEW D. BROZIK◦
ROSS H. GOULD ◦
RICHARD BAYER ◦

KENNETH L. LEIBY, JR.,◦ of Counsel
JEFFREY A. CHESTER, of Counsel

* MEMBER NY, NJ and MA BARS
■ MEMBER NY, NJ and NH BARS
◦ MEMBER NY and NJ BARS

FACSIMILE (212) 391-9025
www.ed-lawfirm.com

NEW JERSEY OFFICE:
159 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
TELEPHONE: (973) 921-2000
FACSIMILE: (973) 921-2929

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

February 25, 2008



RECEIVED
FEB 26 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

**VIA OVERNIGHT MAIL**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: **DLJ Mortgage Capital, Inc. v. Cameron Financial Group, Inc.**
     **Case No. 07 CV 3746 (LAP)**

Your Honor:

This firm represents defendant Cameron Financial Group, Inc. in this matter.

I write to advise the Court and counsel for the plaintiff that Cameron Financial on February 19, 2008, filed for Chapter 7 bankruptcy protection with the United States Bankruptcy Court for the Central District of California, Case Number 9:08-bk-10322-RR. This action is therefore stayed, pursuant to 11 U.S.C. § 362.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 28, 2008

Respectfully,

*/s/ Matthew David Brozik*
Matthew David Brozik

MDB/lr

cc:   Joshua Klein, Esq. (via email)